IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 97-50645
Conference Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HUGO DANIEL CHACON-DELEON,
also known as Julio Cesar Estrada,
also known as Hugo Chacon DeLeonrraga,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. 96-CR-276-ALL
- - - - - - - - - -
June 17, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:*

Hugo Daniel Chacon-Deleon argues that his sentence for

illegal reentry following deportation pursuant to 8 U.S.C.

§ 1326(b) violates principles of due process because the

indictment did not allege his prior felony conviction as an

element of the offense.  This argument is precluded by the

Supreme Court's decision in Almendarez-Torres v. United States,

118 S. Ct. 1219 (1998).

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

AFFIRMED.